## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,     :   No. 784 MAL 2019

           Respondent            :

                                         :   Petition for Allowance of Appeal

                                         :   from the Order of the Superior Court

           v.                       :

                                         :

EARNEST LEE JONES, II,             :

                                         :

           Petitioner            :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 29th day of April, 2020, the Petition for Allowance of Appeal is **DENIED**.